[No. 32233-5-III.   Division Three.   May 21, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. CODY RAY FLORES, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00691-2, John D. Knodell III, J., entered January 27, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo, J.; Brown, A.C.J., concurring in the result only. Now published at 188 Wn. App. 305.

[No. 32252-1-III.   Division Three.   May 21, 2015.]

PAT SCHOLZ, *Appellant*, v. SCAFCO CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-01378-3, Maryann C. Moreno, J., entered January 10, 2014. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32566-1-III.   Division Three.   May 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LYLE GILMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00059-9, John M. Antosz, J., entered June 24, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32621-7-III.   Division Three.   May 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN MICHAEL WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-00866-2, Annette S. Plese, J., entered July 10, 2014. *Reversed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.